# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUGO LUA,<br><br>    Petitioner,<br><br>  v.<br><br>UNKNOWN,<br><br>    Respondent. | Case No. CV 12-4448 DOC (JCG)<br><br>**JUDGMENT** |

  IT IS ADJUDGED that the above-captioned action is **DISMISSED FOR LACK OF JURISDICTION**.

DATED: September 21, 2012

                  *David O. Carter*
               _____
                 HON. DAVID O. CARTER
              UNITED STATES DISTRICT JUDGE